355 U.S. 837, 78 S.Ct. 62

Robert L. MARTIN and L. A. Martin, petitioners, v. S. BIRCH & SONS, a Corporation, C. F. Lytle, a Corporation, and Green Construction Company, a Corporation, Partners Doing Business as Birch, Lytle & Green.

No. 359.

Supreme Court of the United States.

Oct. 14, 1957.

Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit.

Denied.

355 U.S. 810, 78 S.Ct. 50

ALASKA INDUSTRIAL BOARD and Carl E. Jenkins, petitioners, v. CHUGACH ELECTRIC ASSOCIATION, Inc., a Corporation, and General Accident, Fire and Life Assurance Corporation, Ltd.

No. 303.

Supreme Court of the United States.

Oct. 14, 1957.

Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted and case transferred to the summary calendar.

Granted.